# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN PHILLIPS, | No. 4:18-CV-00401 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GREAT DANE, LLC, | |
| Defendant. | |

## ORDER

**JUNE 12, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 28, is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The motion is **GRANTED** with respect to Plaintiff's hostile work environment claims in Count III, Count IV and Count VI of Plaintiff's second amended complaint.

2. The motion is otherwise **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge